## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida District of Florida

Case Number: 0:21-CV-61538-RS

Plaintiff:
**SURE SPORTS, LLC**

vs.

Defendant:
**KEMAR LAWRENCE**

For:
Darren Heitner, Esq.
HEITNER LEGAL, P.L.L.C.
215 Hendricks Isle
Fort Lauderdale, FL 33301

Received by L & L Process, LLC. on the 27th day of January, 2022 at 9:43 am to be served on **KEMAR LAWRENCE, 164 S HARRISON ST, APT 2D, EAST ORANGE, NJ 07018**.

I, Willie Pryor, do hereby affirm that on the **27th day of January, 2022** at **7:40 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Exhibit A, Civil Cover Sheet, and Note Purchase and Sale Closing Statement** with the date and hour of service endorsed thereon by me, to: **MARSHA HEBERO** as **CO-RESIDENT** at the address of: **164 S HARRISON ST, APT 2D, EAST ORANGE, NJ 07018**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: BLACK, Height: 5'6", Weight: 180, Hair: BLACK, Glasses: -

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing documents, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

*Willie Pryor*

**Willie Pryor**
Process Server

**L & L Process, LLC.**
**13876 SW 56 Street**
**Suite 200**
**Miami, FL 33175**
**(305) 772-8804**

Our Job Serial Number: LLP-2022000359

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2e

560975