IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SURE SPORTS, LLC

    Plaintiff,

v.                                                C.A. No. 21-cv-61538

KEMAR LAWRENCE,

    Defendant.
_____/

## [PROPOSED] SCHEDULING REPORT[1]

Plaintiff, SURE SPORTS, LLC ("Plaintiff"), pursuant to the Order Requiring Joint Scheduling Report Certificate of Interested Parties, and Corporate Disclosure Statements [D.E. 8] and Local Rule 16.1, hereby file this Joint Scheduling Report:

**I.    SCHEDULING CONFERENCE REPORT PURSUANT TO S.D. FLA. L.R. 16.1(b)(2)**

    **a.  Likelihood of settlement**

The Parties engaged in preliminary settlement discussions prior to the filing of this Complaint, but such discussions are not currently ongoing. Plaintiff is open to the possibility of settlement and does not oppose exploring negotiations, in good faith, as the case progresses, should Defendant, Kemar Lawrence ("Defendant") mutually wish to do so. Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

    **b.  Likelihood of appearance in the action of additional parties**

---

[1] Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

At this time, Plaintiff does not anticipate that additional parties will be added to this action. Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

    c. **<u>Proposed limits on the time:</u>**

        i. **To Join Other Parties And to Amend the Pleadings** – May 20, 2022
        ii. **To File and Hear Motions** – December 19, 2022
        iii. **To Complete Discovery** – October 21, 2022

    d. **<u>Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment</u>**

At this time, Plaintiff has no proposal(s) for the formulation and simplification of issues. However, the Plaintiff agrees to discuss simplification of issues, including, without limitation, stipulation to facts as appropriate, and will continue to pursue resolution of these issues prior to trial. Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

    e. **<u>The necessity or desirability of amendments to the pleadings</u>**

At this time, Plaintiff does not anticipate the need to amend its pleadings at this time. Notwithstanding, Plaintiff reserves the right to amend Plaintiff's Amended Complaint should Plaintiff deem necessary. Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

    f. **<u>The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence</u>**

Plaintiff will make good faith attempts to obtain admissions of fact and documents that will avoid unnecessary proof and cumulative evidence and will promptly notify the Court

of the need for any advance rulings regarding the admissibility of evidence, including, without limitation, discussing stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence. Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

g. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

Plaintiff will engage in good faith discussions in order to obtain agreements that would avoid the need for unnecessary and cumulative evidence. Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

h. **Suggestions on the advisability of referring matters to a Magistrate Judge or master**

Plaintiff does not consent to the referral of matters to the United States Magistrate Judge, except for motions that do not require the consent of the Parties and discovery motions, subject to Plaintiff's right to object under FRCP 72. Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

i. **A preliminary estimate of the time required for trial**

The Parties agree that this case should be placed on the Court's standard track and will require approximately five (5) days for trial.

j. **Requested date or dates for conferences before trial, a final pretrial conference, and trial**

   i. **Conferences before trial** – September 15, 2022
   ii. **Final Pretrial Conference** – November 28, 2022
   iii. **Trial** – December 12, 2022

k. **Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement**

> **in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist**

No issues at this time, but Plaintiff reserves the right to seek a confidentiality and/or protective order seeking redaction of any documents obtained during the course of discovery. Plaintiff also reserves the right file documents under a Motion to Seal. Plaintiff will agree to ESI Checklist. Defendant has yet to appear or file any responsive documents to Plaintiff's Amended Complaint.

> 1. **Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

N/A

March 31, 2022

HEITNER LEGAL, P.L.L.C.

By: /s/ Darren A. Heitner
Darren A. Heitner (Fla. Bar No. 85956)
215 Hendricks Isle
Ft. Lauderdale, Florida 33301
Telephone: (954) 558-6999
E-mail:  darren@heitnerlegal.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, a true and correct copy of the foregoing was electronically filed using CM/ECF and via email.

Kemar Lawrence
kemarballa@gmail.com

*Defendant*