IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SURE SPORTS, LLC

    Plaintiff,

v.                                      C.A. No. 21-cv-61538

KEMAR LAWRENCE,

    Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | | |
|---|---|---|---|---|
| 1. | **Motions to Dismiss** | Yes ____ | No  x   |
| 2. | **Motions for Summary Judgment** | Yes ____ | No  x   |
| 3. | **Motions for Attorneys' Fees** | Yes ____ | No  x   |
| 4. | **Motions for Costs** | Yes ____ | No  x   |
| 5. | **Motions for Sanctions** | Yes ____ | No  x   |
| 6. | **All Pretrial Motions** | Yes ____ | No  x   |
| 7. | **Discovery** | Yes ____ | No  x   |
| 8. | **Other (*explain below*)** | Yes ____ | No  x   |

By:
HEITNER LEGAL, P.L.L.C.

By: /s/ Darren A. Heitner

Darren A. Heitner (Fla. Bar No. 85956)
215 Hendricks Isle
Ft. Lauderdale, Florida 33301
Telephone: (954) 558-6999

**E-mail:** darren@heitnerlegal.com